IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:11-CR-134-BO
No. 5:16-CV-207-BO

| | | |
|---|---|---|
| CHRIS DOLAN ASTROP, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This cause comes before the Court *sua sponte*. The stay entered in this matter in light of *In re: Hubbard*, No. 15-276, 825 F.3d 225 (4th Cir. 2016) is hereby LIFTED. Further, in light of the withdrawal of counsel for petitioner, the parties are DIRECTED to file supplemental briefs addressing the effect of *Beckles v. United States*, 137 S. Ct. 886 (2017) on petitioner's claims. The government shall file its brief not later than May 12, 2017, and petitioner shall respond not later than June 9, 2017.

SO ORDERED, this 26 day of April, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE